## AFFIDAVIT OF THOMAS S. MOFFATT

Thomas S. Moffatt, being first duly sworn upon his oath, states as follows:

1. I am over 18 years of age. I am fully competent to make this affidavit and I have personal knowledge of the facts stated in this affidavit and if sworn as a witness could testify competently hereto.

2. I am employed by CVS Pharmacy, Inc. My title is Senior Legal Counsel – Corporate.

3. At all times, CVS Pharmacy, Inc. was the only member of CVS Edwardsville IL, LLC, an Illinois limited liability company.

4. At all times, CVS Pharmacy, Inc. has been the only member of Highland Park CVS, LLC, an Illinois limited liability company.

5. CVS Edwardsville IL, LLC was merged with Highland Park CVS, LLC on December 31, 2005.

6. CVS Pharmacy, Inc. is a Rhode Island corporation with its principal place of business in Woonsocket, Rhode Island.

Further affiant sayeth not.

_____
Thomas S. Moffatt, Esq.

STATE OF Rhode Island  )
                       ) SS
COUNTY OF Providence   )

Subscribed and sworn to before me, a Notary Public, on this 14 day of November 2006.

_____
Notary Public

My Commission Expires: _____

KATHLEEN L. BURT
NOTARY PUBLIC
STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
MY COMMISSION EXPIRES 1/22/2010

EXHIBIT 2