IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ROBERT J. SMITH, JR., Individually and as Special Administrator of the Estate of ROBERT J. SMITH, SR.,<br><br>        Plaintiff,<br><br>v.<br><br>MERCK & CO., INC., also d/b/a MERCK, SHARP AND DOHME and d/b/a MSD SHARP & DOHME GmbH, et al.,<br><br>        Defendants. | Case No.:<br><br>**JURY TRIAL DEMANDED** |

## G.D. SEARLE LLC, PHARMACIA CORPORATION AND PFIZER INC.'S CERTIFICATION OF CONSENT AND AGREEMENT TO JOIN IN REMOVAL

Defendants, G.D. Searle LLC, Pharmacia Corporation f/k/a Monsanto Company that was organized in 1933 (improperly captioned in Plaintiff's Complaint as "Monsanto Company"), and Pfizer Inc., (collectively "Defendants"), by and through their attorneys and without waiving any defenses in this action, hereby certify that they join in and consent to the removal of the above-captioned action, from the Circuit Court of Madison County, Illinois, to the United States District Court for the Southern District of Illinois, East St. Louis Division, pursuant to 28 U.S.C. § 1332, 1441, and 1446.

Dated: October 31, 2006        By:   /s/ Robert H. Shultz, Jr.
                                                HEYL, ROYSTER, VOELKER & ALLEN
                                                Robert H. Shultz, Jr. - #03122739
                                                103 West Vandalia Street, Suite 100
                                                Edwardsville, Illinois 62025
                                                (618) 656-4646
                                                **Attorneys for G.D. Searle LLC,**
                                                **Pharmacia Corporation f/k/a Monsanto**
                                                **Company that was organized in 1933**
                                                **(improperly captioned in Plaintiff's**
                                                **Complaint as "Monsanto Company"),**
                                                **and Pfizer Inc.**

**EXHIBIT 3**