CLOSED, SEG, STAY

# U.S. District Court
## Southern District of Illinois (East St. Louis)
### CIVIL DOCKET FOR CASE #: 3:06-cv-00964-MJR-DGW
### Internal Use Only

| | |
|---|---|
| Smith v. Merck & Co Inc et al | Date Filed: 11/20/2006 |
| Assigned to: Judge Michael J. Reagan | Date Terminated: 06/22/2007 |
| Referred to: Mag/Judge Donald G. Wilkerson | Jury Demand: Defendant |
| Demand: $75,000 | Nature of Suit: 365 Personal Inj. Prod. Liability |
| Case in other court: Madison County, 06-L-882 | Jurisdiction: Diversity |
| Cause: 28:1332 Diversity-Product Liability | |

**Plaintiff**

**Robert J Smith, Jr.**
*individually and as Special Administrator of the Estate of Robert J. Smith, Sr.*

represented by **Aaron K. Dickey**
Goldenberg, Heller, et al.
Generally Admitted
2227 South State Route 157
P.O. Box 959
Edwardsville, IL 62025
618-656-5150
Fax: 618-656-6230
Email: Aaron@gmhalaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Merck & Co Inc**
*doing business as*
MSD Sharp & Dohme GmbH
*doing business as*
Merck, Sharp and Dohme

represented by **Randy J. Soriano**
Bryan Cave - St. Louis
Generally Admitted
211 North Broadway
One Metropolitan Square, Suite 3600
St. Louis, MO 63102
314-259-2000
Email: rjsoriano@bryancave.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen G. Strauss**
Bryan Cave - St. Louis
211 North Broadway
One Metropolitan Square, Suite 3600
St. Louis, MO 63102
314-259-2444
Fax: 314-259-2020

Email: sgstrauss@bryancave.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**CVS Edwardsville IL, L.L.C.**
*doing business as*
CVS Pharmacy

represented by **B. Matthew Struble**
Thompson Coburn - St. Louis, MO
One US Bank Plaza
Suite 2600
St. Louis, MO 63101
314-552-6000
Fax: 314-552-7000
Email: mstruble@thompsoncoburn.com

*ATTORNEY TO BE NOTICED*

**David A. Dick**
Thompson Coburn - St. Louis, MO
One US Bank Plaza
Suite 2600
St. Louis, MO 63101
314-552-6000
Email: ddick@thompsoncoburn.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**G.D. Searle, LLC**

represented by **Robert H. Shultz, Jr.**
Heyl, Royster et al. - Edwardsville
Generally Admitted
103 West Vandalia Street
P.O. Box 467
Edwardsville, IL 62025
618-656-4646
Email: rshultz@hrva.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Pharmacia Corporation**

represented by **Robert H. Shultz, Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Monsanto Company**

represented by **Robert H. Shultz, Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

| Pfizer Inc | | represented by **Robert H. Shultz, Jr.**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 11/20/2006 | 1 | Case Opened. Filing fee paid $ 350.00, Receipt Number 300 115450. Documents may now be electronically filed. Case number 06-964-DRH must be placed on all documents prior to filing them electronically. (Attachments: # 1 Notice to consent to trial by Magistrate Judge)(dkd ) (Entered: 11/20/2006) |
| 11/21/2006 | 2 | NOTICE of Appearance by Stephen G. Strauss on behalf of Merck & Co Inc (Strauss, Stephen) (Entered: 11/21/2006) |
| 11/22/2006 | 3 | NOTICE OF REMOVAL by Merck & Co Inc from Madison County, case number 06L882. ( Filing fee $ 350) (Attachments: # 1 Exhibit 1a Page 1 of 3# 2 Exhibit 1b Page 2 of 3# 3 Exhibit 1c Page 3 of 3# 4 Exhibit 2# 5 Exhibit 3# 6 Civil Cover Sheet)(Soriano, Randy) (Entered: 11/22/2006) |
| 11/22/2006 | 4 | ANSWER to Complaint with Jury Demand by Merck & Co Inc.(Soriano, Randy) (Entered: 11/22/2006) |
| 11/22/2006 | 5 | MOTION to Stay *All Proceedings* by Merck & Co Inc. (Soriano, Randy) (Entered: 11/22/2006) |
| 11/22/2006 | 6 | Corporate Disclosure Statement by Merck & Co Inc. (Soriano, Randy) (Entered: 11/22/2006) |
| 11/22/2006 | 7 | CONSENT to Removal byG.D. Searle, LLC, Pharmacia Corporation, Pfizer Inc. (Shultz, Robert) (Entered: 11/22/2006) |
| 11/22/2006 | 8 | ANSWER to Complaint with Jury Demand by G.D. Searle, LLC, Pharmacia Corporation, Pfizer Inc.(Shultz, Robert) (Entered: 11/22/2006) |
| 11/22/2006 | 9 | Corporate Disclosure Statement by G.D. Searle, LLC, Pharmacia Corporation, Pfizer Inc. (Shultz, Robert) (Entered: 11/22/2006) |
| 11/27/2006 | 10 | CONSENT to Removal byG.D. Searle, LLC, Pharmacia Corporation, Pfizer Inc. (Shultz, Robert) (Entered: 11/27/2006) |
| 11/27/2006 | 11 | Corporate Disclosure Statement by G.D. Searle, LLC, Pharmacia Corporation, Pfizer Inc. (Shultz, Robert) (Entered: 11/27/2006) |
| 11/28/2006 | 12 | NOTICE STRIKING ELECTRONICALLY FILED DOCUMENTS striking 9 Corporate Disclosure Statement, 7 Consent to Removal filed by Pfizer, Inc., et al. See attached document for specifics.(lmb) (Entered: 11/28/2006) |
| 12/04/2006 | 13 | RESPONSE to Motion re 5 MOTION to Stay *All Proceedings* filed by Robert J Smith, Jr. (Dickey, Aaron) (Entered: 12/04/2006) |

| 12/08/2006 | 14 | REPLY to Response to Motion re 5 MOTION to Stay *All Proceedings* filed by Merck & Co Inc. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4)(Strauss, Stephen) (Entered: 12/08/2006) |
|---|---|---|
| 12/20/2006 | 15 | MOTION to Remand to State Court by Robert J Smith, Jr. (Dickey, Aaron) (Entered: 12/20/2006) |
| 12/20/2006 | 16 | MEMORANDUM in Support re 15 MOTION to Remand to State Court filed by Robert J Smith, Jr. (Dickey, Aaron) (Entered: 12/20/2006) |
| 12/27/2006 | 17 | Summons Issued as to CVS Edwardsville IL, L.L.C.. (tkm) (Entered: 12/27/2006) |
| 12/29/2006 | 18 | ORDER GRANTING 5 Motion to Stay pending transfer to MDL. Signed by Judge David R Herndon on 12/29/2006. (seg) (Entered: 12/29/2006) |
| 01/08/2007 | 19 | ORDER OF RECUSAL. Judge Clifford J. Proud recused. Case reassigned to Judge Donald G. Wilkerson for all further pretrial no dispositive motion. Signed by Judge Clifford J. Proud on 1/8/07. (amv) THIS TEXT ENTRY IS AN ORDER OF THE COURT. NO FURTHER DOCUMENTATION WILL BE MAILED. (Entered: 01/08/2007) |
| 01/19/2007 | 20 | MEMORANDUM in Opposition re 15 MOTION to Remand to State Court filed by Merck & Co Inc. (Attachments: # 1 Exhibit A)(Strauss, Stephen) (Entered: 01/19/2007) |
| 01/31/2007 | 21 | NOTICE of Appearance by David A. Dick on behalf of CVS Edwardsville IL, L.L.C. (Dick, David) (Entered: 01/31/2007) |
| 01/31/2007 | 22 | NOTICE of Appearance by B. Matthew Struble on behalf of CVS Edwardsville IL, L.L.C. (Struble, B.) (Entered: 01/31/2007) |
| 01/31/2007 | 23 | CONSENT to Removal byCVS Edwardsville IL, L.L.C.. (Struble, B.) (Entered: 01/31/2007) |
| 01/31/2007 | 24 | MOTION for Extension of Time to File Answer *to Plaintiff's Complaint* by CVS Edwardsville IL, L.L.C.. (Struble, B.) (Entered: 01/31/2007) |
| 02/02/2007 | 25 | ORDER FINDING AS MOOT 24 Motion for Extension of Time to Answer. This action is currently stayed per the Court's 18 Order of 12/29/2006. Signed by Judge Donald G. Wilkerson on 2/2/2007. (jrw) THIS TEXT ENTRY IS AN ORDER OF THE COURT. NO FURTHER DOCUMENTATION WILL BE MAILED. (Entered: 02/02/2007) |
| 05/03/2007 | 26 | ORDER OF RECUSAL. Judge David R Herndon recused. Case reassigned to Judge Michael J. Reagan for all further proceedings. Signed by Judge David R Herndon on 5/3/07. (pab ) (Entered: 05/03/2007) |
| 06/22/2007 |  | (Court only) ***Staff notes: Per 6/15/07 correspondence to Judge Reagan from MDL Panel, this case has been transferred to E.D. La. or N.D. Cal. as part of MDL-1657 and/or MDL-1699. (soh) (Entered: 06/22/2007) |
| 06/22/2007 | 27 | ORDER TRANSFERRING CASE (MDL-1657 & MDL-1699): Case transferred to USDC, Northern District of CA. (Attachments: # 1 Cover |

|  |  | Letter)(lmb) (Entered: 06/28/2007) |
|---|---|---|
| 06/28/2007 | ●28 | Transfer letter to USDC-Northern District of California (lmb) (Entered: 06/28/2007) |