1

2 | Robert D. Rowland
Lindsay Rakers
**GOLDENBERG HELLER**
3 | **ANTOGNOLI & ROWLAND, P.C.**
P.O. Box 959
4 | Edwardsville, Illinois 62025
Telephone: 618-656-5150
5 | Facsimile: 618-656-6230
Attorneys for Plaintiffs
6

7

8
| UNITED STATES DISTRICT COURT
9
| NORTHERN DISTRICT OF CALIFORNIA
10

11

12

13 | IN RE: BEXTRA AND CELEBREX
MARKETING SALES PRACTICES AND
PRODUCT LIABILITY LITIGATION
14

15 | This Document Relates To:

16 | *Donald G. Newmann v. Pfizer Inc.*
(05-5359 CRB)

17 | *Lehnen, Marie, et al. v. G.D. Searle, et al.*
(06-2669 CRB)
18

19 | *Marcy A. West v. Merck & Co., Inc., et al.*
(06-3015 CRB)

20 | *Jerry M. Dance v. Merck & Co., Inc., et al.*
(06-3016 CRB)
21

22 | *Edward Spinaio v. G.D. Searle, et al.*
(06-3036 CRB)

23 | *Lonnie Case v. Merck & Co. Inc., et al.*
(06-3180 CRB)
24

25 | *Richard Menzel v. Merck & Co., Inc., et al.*
(06-3181 CRB)

26 | *Vincent Calamia v. Merck & Co., Inc., et al.*
(06-3182 CRB)
27

28 | *Jessie Abbott v. Merck & Co., Inc., et al.*
(06-3306 CRB)

**MDL NO. 1699**
**District Judge:  Charles R. Breyer**

**STIPULATION AND ORDER OF**
**DISMISSAL WITH PREJUDICE**

-1-

1

2  *Berlin Jenkerson v. Merck & Co. Inc., et al.* )
   (06-3307 CRB)

3  *Thomas Kasper v. Merck & Co. Inc., et al.* )
   (06-3309 CRB)

4

5  *Josephine Tourville v. Merck & Co., Inc., et al.* )
   (06-3310 CRB)

6  *Arzie Stephens v. Merck & Co., Inc., et al.* )
   (06-3311 CRB)

7

8  *Henry Kahn, et al. v. Pfizer Inc..et al.* )
   (06-4600 CRB)

9  *Carol Copeland v. G.D. Searle LLC, et al.* )
   (07-3023 CRB)

10

11  *Suzanne Steinbach v. Merck & Co., Inc., et al.* )
    (07-0495 CRB)

12  *John Moseley v. Merck & Co., Inc., et al.* )
    (07-0496 CRB)

13

14  *Joni Hebblethwaite v. Merck & Co., Inc., et al.* )
    (07-0498 CRB)

15  *Kevin Miller v. Merck & Co, Inc., et al.* )
    (07-0596 CRB)

16

17  *Lena Scher v. Merck & Co., Inc., et al.* )
    (07-2533 CRB)

18  *Laurence Schmidt v. Merck & Co., Inc., et al.* )
    (07-2534 CRB)

19

20  *Patty Foreman v. Merck & Co., Inc., et al.* )
    (07-2535 CRB)

21  *Robert Miller v. G.D. Searle LLC, et al.* )
    (07-3127 CRB)

22

23  *Robert J. Smith, Jr., et al. v. Merck & Co., Inc., et al.* )
    (07-3488 CRB)

24  *Williamson, Wilburn, et al. v. Merck & Co., Inc., et al.* )
    (07-3489 CRB)

25

26        Come now all the Plaintiffs in the above-entitled actions and Defendants, by and through

27  the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

28

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

EAST\42576335.1

stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with each side bearing its own attorneys' fees and costs.

DATED: 11-2, 2009          By: _____

**GOLDENBERG HELLER**
**ANTOGNOLI & ROWLAND, P.C.**
P.O. Box 959
Edwardsville, Illinois 62025
Telephone: 618-656-5150
Facsimile: 618-656-6230

*Attorneys for Plaintiffs*

DATED: Nov. 4, 2009          By: _____

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: **NOV 1 3 2009**          _____

Hon. Charles R. Breyer
United States District Court

-3-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

EAST\42576335.1